Cornish & Dell'Olio, P.C.
Donna Dell'Olio
431 N. Cascade Avenue, Suite One
Colorado Springs, CO 80903
Telephone: (719) 475-1204
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION
_____

| | | |
|---|---|---|
| Teresa Johnson, <br> on behalf of herself and other <br> persons similarly situated <br><br> Plaintiff, <br><br> v. <br><br> Academy Mortgage Corporation, <br> a Colorado corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | ***Stipulated Motion to Dismiss*** <br><br><br><br> Civil No. 2:12-CV-00276-TS |

_____

COME NOW the Plaintiff, Teresa Johnson, and Defendant, Academy Mortgage Corporation, and hereby stipulate and move the Court to dismiss this action with prejudice, with the parties to bear their respective costs.

Respectfully submitted this 31st day of January, 2013.

                                          CORNISH & DELL'OLIO, P.C.

                                          By: s/Donna Dell'Olio
                                              Donna Dell'Olio #10887
                                              431 N. Cascade Avenue, Suite 1
                                              Colorado Springs, CO 80903
                                              Phone: (719) 475-1204

Fax: (719) 475-1264
ddellolio@cornishanddellolio.com
Attorneys for Plaintiff


WOOD BALMFORTH, LLC


s/ Mary Anne Q. Wood
Mary Anne Q. Wood
WOOD BALMFORTH LLC
60 E. South Temple, Suite 500
Salt Lake City, Utah 84111
Telephone: (801) 366-6060
Fax: (801) 366-6061
mawood@woodjenkinslaw.com
Attorneys for Defendant

*(Signed by filing attorney with permission of Mary Ann Q. Wood)*


## CERTIFICATE OF SERVICE

    I hereby certify that on this 30th day of January, 2013, I electronically filed with the Clerk of Court using the CM/ECF system a true and correct copy of the foregoing **Stipulated Motion to Dismiss** was sent by email:

Mary Anne Q. Wood
WOOD BALMFORTH LLC
60 E. South Temple, Suite 500
Salt Lake City, Utah 84111
Telephone: (801) 366-6060
Fax: (801) 366-6061
mawood@woodjenkinslaw.com

Lauren I. Scholnick
STRINDBERG & SCHOLNICK, LLC
785 North 400 West
Salt Lake City, UT 84103
Telephone: (801) 359-4169

Facsimile: (801)359-4313
lauren@utahjobjustice.com

                                                 <u>s/Esther Kumma Abramson</u>
                                                 Esther Kumma Abramson